UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH SIMMONS,<br>Plaintiff,<br>v.<br>CAPITAL ONE, N.A.,<br>Defendant. | Case No.: 26-CV-3333 TWR (DDL)<br>**ORDER GRANTING JOINT MOTION TO STAY**<br>(ECF No. 7) |

Presently before the Court is the Parties' Joint Motion to Stay Pending Final Resolution of the Class Action Settlement Reached in *Marquez, et. al. v. Capital One Bank, USA N.A., et. al.*, Case No. 3:22-cv-01591-GPC-MMP (S.D. Cal.) (ECF No. 7.) Good cause appearing, the Court **GRANTS** the Joint Motion to Stay. Accordingly, the Court **ORDERS** as follows:

1. Capital One's August 28, 2026, deadline to respond to the Complaint is VACATED. Capital One shall file its response to the Complaint <u>within thirty (30) days</u> after the date on which the stay is lifted;
2. The Parties shall file a joint status report <u>within one hundred twenty (120) days</u> of the date of the order granting this Joint Motion, <u>and every one hundred twenty (120) days thereafter</u>, apprising the Court of the status of the *Marquez* settlement approval proceedings; and

3. The Parties shall file a joint status report within fourteen (14) days after the earlier of (a) the entry of a final approval order and judgment in *Marquez* that has become final and non-appealable, or (b) the denial of preliminary or final approval, the termination of the *Marquez* settlement, or any other event that renders the *Marquez* settlement ineffective. In that joint status report, the Parties shall advise the Court whether the stay should be lifted and shall propose a schedule for further proceedings in this action.

**IT IS SO ORDERED.**

Dated: September 2, 2026

Todd Robinson

Honorable Todd W. Robinson
United States District Court